# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| C.S., an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)  Case No. 3:24-cv-31 |
| Subway Worldwide, Inc.; Doctor's Associates, LLC; Subway IP LLC; Franchise World Headquarters, LLC; GRB Investments, LLC; GRB Subway Properties, LLP; and Midwest Subway Development, LLP; each doing business as Subway, | )<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Pursuant to discussion at a May 23, 2024 status conference, plaintiff may serve (1) up to ten interrogatories or requests for production of documents on defendants GRB Investments, LLC, and GRB Subway Properties LLP (collectively); (2) up to ten interrogatories or requests for production of documents on defendant Midwest Subway Development, LLP; and (3) up to five interrogatories on defendants Subway Worldwide, Inc., Doctor's Associates LLC, Subway IP LLC, and Franchise World Headquarters, LLC (collectively). At this time, no other discovery may be conducted without prior approval of the court.

**IT IS SO ORDERED**.

Dated this 23rd day of May, 2024.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge