IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| C.S., an individual, | ) |
| | ) Case No. 24-cv-00031-PDW-ARS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUBWAY WORLDWIDE, INC., | ) |
| DOCTOR'S ASSOCIATES LLC, | ) **NOTICE OF WITHDRAWAL** |
| SUBWAY IP LLC, FRANCHISE | ) **OF COUNSEL** |
| WORLD HEADQUARTERS, LLC, | ) |
| GRB INVESTMENTS, LLC, GRB | ) |
| SUBWAY PROPERTIES LLP and, | ) |
| MIDWEST SUBWAY | ) |
| DEVELOPMENT, LLP | ) |
| (all Defendants collectively d/b/a | ) |
| "Subway") | ) |
| Defendants. | |

**TO: The Honorable Court, all parties, and their respective counsel of record:**

**PLEASE TAKE NOTICE** that Halunen Law, including attorneys Pamela A. Johnson, Kyle H. Hahn, and Paul M. Schinner, hereby provides notice of their withdrawal as counsel for Plaintiff C.S. in the above-captioned matter. Halunen Law is withdrawing altogether from this case.

Counsel of record, Benjamin E. Thomas and Mark A. Beauchene, will continue to represent Plaintiff in this matter. Further, it is Halunen Law's

understanding that Brittany Salyer will continue to represent the Plaintiff and will notify the court of her new contact information.

Dated: September 5, 2024

/s/*Pamela A. Johnson*
Pamela A. Johnson (MN #0269667)*
Kyle P. Hahn (MN #0399588)*
Paul M. Schinner (WI #1093983)*
HALUNEN LAW
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
p.johnson@halunenlaw.com
hahn@halunenlaw.com
schinner@halunenlaw.com
*Pro Hac Vice*

*ATTORNEYS FOR PLAINTIFF*