UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| C.S. an individual,<br><br>   Plaintiff,<br><br>v.<br><br>Subway Worldwide, Inc.,<br>Doctor's Associates, LLC,<br>Subway IP, LLC,<br>Franchise World Headquarters, LLC,<br>GRB Investments, LLC,<br>GRB Subway Properties, LLP, and<br>Midwest Subway Development, LLP<br>(all Defendants collectively d/b/a "Subway"),<br><br>   Defendants. | Case No. 3:24-cv-31-PDW-ARS<br><br><br>**NOTICE OF APPEARANCE**<br>**AMY E. BOYLE** |

Please take notice that Christopher J. Moreland and Amy E. Boyle of the law firm of MSB Employment Justice, LLP, will appear as counsel of record for Plaintiff C.S. in the above-entitled matter.

|  |  |
|---|---|
|  | **MSB Employment Justice, LLP** |
| Dated: September 12, 2024 | *s/ Amy E. Boyle* <br>Christopher J. Moreland<br>Amy E. Boyle<br>6400 Flying Cloud Drive, Suite 215<br>Eden Prairie, MN  55344<br>Telephone:  612-677-2680<br>cmoreland@msbjustice.com<br>aboyle@msbjustice.com<br><br>***Attorneys for Plaintiff C.S.*** |