# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| C.S., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Subway Worldwide, Inc., Doctor's Associates, LLC, Subway IP LLC, Franchise World Headquarters, LLC, GRB Investments, LLC, GRB Subway Properties, LLP, and Midwest Subway Development, LLP <br><br> Defendants. | **JOINT MOTION TO AMEND SCHEDULING/DISCOVERY PLAN** <br><br> Case No. 3:24-CV-31 |

**COME NOW** the parties, by and through their undersigned counsel and under Fed. R. Civ. P. 16, to jointly move the Court to extend certain deadlines in this case as set forth below. This is the first request for an extension of deadlines, and the parties respectfully submit that good cause exists for the extension requested. In support of their joint motion, the parties state as follows:

1. On March 12, 2025, counsel for the parties participated in a Scheduling Conference with the Court, during which they informed the Court of ongoing discussions relative to potential early mediation.

2. That same day, the Court entered a Scheduling Order (ECF No. 45) establishing case progression deadlines, including a deadline of May 16, 2025, for motions to join additional parties and to amend the pleadings. (*Id.* at pg. 7.)

3. Since that time, counsel have met and conferred regarding the anticipated filing of an Amended Complaint by Plaintiff, and the corresponding anticipated filing of cross claims and third-party claims by Subway Worldwide, Inc., Doctor's Associates, LLC, Subway IP LLC, and Franchise World Headquarters, LLC (the "Subway Defendants") (along with their Answer). Counsel have also continued their discissions regarding potential early mediation and have exchanged information and documents in anticipation thereof.

4. As a result of their foregoing discussions, counsel agree that formally adding new parties and claims at this time might jeopardize the potential for early mediation and would obviate the significant collaborative efforts they have made to date. Accordingly, counsel agree that good cause exists to amend the deadline for joining additional parties and amending pleadings as follows:

| Current Deadline | **Amended Deadline** |
|:---:|:---:|
| May 16, 2025 | **July 10, 2025** |

5. Given that the parties have worked collaboratively throughout the pendency of the case, given that this is the first request for an extension of any of the dates set forth in the Court's Scheduling Order, and that all other deadlines in the Scheduling Order remain unchanged, the parties submit that good cause exists for the requested extension.

**WHEREFORE,** the parties jointly move the Court to extend the existing deadline for joining additional parties and amending pleadings as set forth above.

Dated:  May 12, 2025

| | |
|---|---|
| **MSB EMPLOYMENT JUSTICE LLP** | **VENABLE LLP** |
| */s/ Christopher J. Moreland* | */s/ Elizabeth G. McIntosh* |
| Christopher J. Moreland | Nina Greene |
| Amy E. Boyle | W. Barry Blum |
| 6400 Flying Cloud Drive, Suite 215 | Michael D. Joblove |
| | Elizabeth G. McIntosh |
| Minneapolis, MN 55344 | 801 Brickell Avenue |
| | Suite 1500 |
| Telephone: (612) 677-2680 | Miami, FL 33131 |
| cmoreland@msbjustice.com | Telephone: (305) 349-2300 |
| aboyle@msbjustice.com | ngreene@venable.com |
| | bblum@venable.com |
| | mdjoblove@venable.com |
| | egmcintosh@venable.com |
| Brittany Deane Salyers | |
| P.O. Box 470 | ***ATTORNEYS FOR*** |
| Huddleston, VA 24104 | ***SUBWAY DEFENDANTS*** |
| Telephone: (424) 777-5122 | |
| bdsalyers@protonmail.com | |
| | **OGLETREE, DEAKINS, NASH,** |
| | **SMOAK & STEWART, P.C.** |
| **WOLD JOHNSON, P.C.** | */s/ Brent D. Kettelkamp* |
| Mark A. Beauchene (ND # 03546) | Brent D. Kettelkamp (ND # 09600) |
| 500 Second Avenue North | Capella Tower |
| Suite 400 | 225 South Sixth Street, Suite 1800 |
| P.O. Box 1680 | Minneapolis, MN 55402 |
| Fargo, ND 58107 | Telephone: (612)339-0061 |
| Telephone: (701) 235-5515 | brent.kettelkamp@ogletree.com |
| mbeauchene@woldlaw.com | |
| | ***ATTORNEYS FOR FRANCHISEE*** |
| ***ATTORNEYS FOR PLAINTIFF*** | ***DEFENDANTS*** |