### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

C.S., an individual,

      Plaintiff,

  vs.

Subway Worldwide, Inc., Doctor's
Associates, LLC, Subway IP LLC,
Franchise World Headquarters, LLC,
GRB Investments, LLC, GRB Subway
Properties, LLP, and Midwest Subway
Development, LLP,

      Defendants.

**JOINT MOTION TO AMEND
SCHEDULING/DISCOVERY PLAN**

Case No. 3:24-CV-31

**COME NOW** the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 16, hereby jointly move the Court to extend certain deadlines in this case as set forth below. This is the third request for an extension of these particular deadlines and the parties respectfully submit that good cause exists for the extension requested. In support of their joint motion, the parties state as follows:

1.      On March 12, 2025, counsel for the parties participated in a Scheduling Conference with the Court, during which they informed the Court of ongoing discussions relative to potential early mediation.

2.      That same day, the Court entered a Scheduling Order (ECF No. 45) establishing case progression deadlines, including a deadline of May 16, 2025, for motions to join additional parties and to amend the pleadings. (*Id*. at pg. 7.)

3.      Following entry of the Scheduling Order, counsel have met and conferred several times regarding the potential for an early mediation, the filing of an Amended Complaint by Plaintiff, and the corresponding anticipated filing of the answer to the amended complaint, cross claims and third party claims by Subway Worldwide, Inc., Doctor's Associates, LLC, Subway IP LLC, and Franchise World Headquarters, LLC (the "Subway Defendants"). Counsel have also participated in informal discovery, exchanged substantial information, and begun to propound and respond to formal discovery requests. Plaintiff has also provided relevant documents in anticipation of said mediation.

4.      While the Parties' counsel were hopeful that a mediation session could be scheduled earlier (which formed the basis of their other joint motions to extend the deadlines identified herein, which the Court granted), coordinating the schedules of multiple parties, insurance representatives, lawyers, and mediators has proved challenging. The parties now intend to mediate the case on September 4, 2025.

5.      Given the mediation date, counsel continue to agree that formally adding new parties and claims might jeopardize the effectiveness of the mediation, and they further agree that their time is most productively spent preparing for mediation.

6.      Accordingly, counsel for the parties agree that good cause exists for a  short extension of the deadline for joining additional parties and amending pleadings, and they respectfully request such deadlines be amended as follows:

| Description of Deadline | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Plaintiff to file Motion to Amend Complaint and Motion to Join Additional Parties | August 22, 2025 | September 12, 2025 |
| Deadline for Defendants to file Answers and Cross-Claims | -- | 24 days after the Court grants Plaintiff's Motion to Amend Complaint |
| Deadline for Defendants to file Motion(s) to Join Additional Parties | August 22, 2025 | October 6, 2025 |

7.      Given that the parties have worked collaboratively throughout the pendency of the case, that discovery is proceeding, that the current request for an extension is narrowly circumscribed, and that all other deadlines in the Scheduling Order remain unchanged, the parties submit that good cause exists for the requested extension.

**WHEREFORE,** the parties jointly move the Court to extend the existing deadline for joining additional parties and amending pleadings as set forth above.

Dated:  August 15, 2025

**MSB EMPLOYMENT JUSTICE LLP**

*/s/Christopher J. Moreland*
Christopher J. Moreland
Amy E. Boyle
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN 55344
Telephone: (612) 677-2680
cmoreland@msbjustice.com
aboyle@msbjustice.com


Brittany Deane Salyers
P.O. Box 470
Huddleston, VA 24104
Telephone: (424) 777-5122
bdsalyers@protonmail.com


**WOLD JOHNSON, P.C.**
Mark A. Beauchene (ND # 03546)
500 Second Avenue North
Suite 400
P.O. Box 1680
Fargo, ND 58107
Telephone: (701) 235-5515
mbeauchene@woldlaw.com

***ATTORNEYS FOR PLAINTIFF***

**VENABLE LLP**

*/s/Nina Greene*
Nina Greene
W. Barry Blum
Michael D. Joblove
Elizabeth G. McIntosh
Miami Tower, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
ngreene@venable.com
bblum@venable.com
mdjoblove@venable.com

***ATTORNEYS FOR***
***SUBWAY DEFENDANTS***


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/Brent D. Kettelkamp*
Brent D. Kettelkamp (ND # 09600)
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612)339-0061
brent.kettelkamp@ogletree.com

***ATTORNEYS FOR FRANCHISEE***
***DEFENDANTS***