## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| C.S. an individual,<br><br>      Plaintiff,<br><br>v.<br><br>Subway Worldwide, Inc.,<br>Doctor's Associates, LLC,<br>Subway IP, LLC,<br>Franchise World Headquarters, LLC,<br>GRB Investments, LLC,<br>GRB Subway Properties, LLP,<br>Midwest Subway Development, LLP,<br>Brent Olson, individually and as<br>owner/franchisee/development agent,<br>Peter Knoff, individually and as<br>owner/franchisee, and John Clark,<br>individually and as development agent,<br><br>      Defendants. | Case No. 3:24-CV-00031-PDW-ARS<br><br>**STIPULATION TO EXTEND DEADLINE** |

Plaintiff C.S. and Defendants Subway Worldwide, Inc., Doctor's Associates, LLC, Subway IP, LLC, Franchise World Headquarters, LLC, GRB Investments, LLC, GRB Subway Properties, LLP, Midwest Subway Development, LLP, Brent Olson, Peter Knoff, and John Clark, by and through their undersigned counsel, hereby stipulate and agree as follows:

A.     The Parties have previously notified the Court of the settlement of the above-entitled matter.

B.      On January 22, 2026, the Court filed a text-only Order acknowledging the Court's receipt of such notice and stating that "[c]losing documents are due 3/23/2026." (Docket Entry # 82.)

C.      The Parties have been working together cooperatively and in good faith to draft and negotiate the terms of a Settlement Agreement and related documents, but due to various complexities, such as the number of defendants and insurance carriers, the Parties have not yet finalized the terms of the Settlement Agreement.

D.      In light of the time that will be required for the Parties to finalize the Settlement Agreement and related documents, execute said Settlement Agreement and related documents, and effectuate the terms of the Settlement Agreement and related documents, the Parties request that the Court extend the deadline for closing documents to May 22, 2026.

STIPULATED TO:

**MSB EMPLOYMENT JUSTICE LLP**

/s/ Christopher J. Moreland
Christopher J. Moreland
Amy E. Boyle
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN  55344
Telephone:  (612) 677-2680
cmoreland@msbjustice.com
aboyle@msbjustice.com

Brittany Deane Salyers
P.O. Box 470
Huddleston, VA  24104
Telephone:  (424) 777-5122
bdsalyers@protonmail.com

**WOLD JOHNSON, P.C.**
Mark A. Beauchene (ND #03546)
500 Second Avenue North, Suite 400
P.O. Box 1680
Fargo, ND  58107
Telephone:  (701) 235-5515
mbeauchene@woldlaw.com

***Attorneys for Plaintiff***

**VENABLE LLP**

/s/ Nina Greene
Nina Greene
W. Barry Blum
Michael D. Joblove
Elizabeth G. McIntosh
801 Brickell Avenue, Suite 1500
Miami, FL  33131
Telephone:  (305) 349-2300
ngreene@venable.com
bblum@venable.com
mdjoblove@venable.com

***Attorneys for Defendants Subway Worldwide, Inc., Doctor's Associates, LLC, Subway IP, LLC, and Franchise World Headquarters, LLC***

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.**

/s/ Andrew E. Tanick
Andrew E. Tanick
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-336-6871
andrew.tanick@ogletree.com

Jasmine Y. McCormick, MO #66386
7700 Bonhomme Ave, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
jasmine.mccormick@ogletree.com

***Attorneys for Defendants GRB Investments, LLC, GRB Subway Properties, LLP, Midwest Subway Development, LLP, Brent Olson, Peter Knoff, and John Clark***

3

96345469.v1-OGLETREE