**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
Case No. 3:24-CV-31**

| | |
|---|---|
| C.S., an individual, | |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION** |
| vs. | |
| Subway Worldwide, Inc., et al., | |
| Defendants. | |

Plaintiff C.S. ("Plaintiff") and Defendants Subway Worldwide, Inc., Doctor's Associates LLC, Subway IP LLC, and Franchise World Headquarters, LLC ("Subway Defendants"), and Defendants GRB Investments, LLC, GRB Subway Properties, LLP, Midwest Subway Development, LLP, Brent Olson, Peter Knoff, and John Clark ("Franchisee/Development Defendants"), under Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), submit this Joint Stipulation for Dismissal of Action stating that the Parties have settled their dispute and stipulating that this action is dismissed on the following terms:

1. All claims made by Plaintiff in this action or counterclaims that could have been made against Plaintiff in this action are DISMISSED WITH PREJUDICE.

2. All crossclaims, including unpleaded crossclaims, by or between any of the Subway Defendants and the Franchisee/Development Defendants are preserved for adjudication, if any, in other proceedings and are not adjudicated by this Stipulation of Dismissal.

3. No costs or attorneys' fees incurred in this action are adjudicated by or owed between the Parties under this Stipulation.

1

4.  Undersigned counsel for Plaintiff is filing this Stipulation as a joint filing with the authorization and express consent of counsel for all Defendants.

Dated: May 1, 2026

**MSB EMPLOYMENT JUSTICE LLP**

*/s/ Christoper Moreland*
Christopher J. Moreland
Amy E. Boyle
6400 Flying Cloud Drive, Suite 215
Minneapolis, MN 55344
Telephone: (612) 677-2680
cmoreland@msbjustice.com
aboyle@msbjustice.com

Brittany Deane Salyers
P.O. Box 470
Huddleston, VA 24104
Telephone: (424) 777-5122
bdsalyers@protonmail.com

**WOLD JOHNSON, P.C.**
Mark A. Beauchene (ND # 03546)
500 Second Avenue North, Suite 400
P.O. Box 1680
Fargo, ND 58107
Telephone: (701) 235-5515
mbeauchene@woldlaw.com

*Attorneys for Plaintiff*

**VENABLE LLP**

*/s/ Nina Greene*
Nina Greene
W. Barry Blum
Elizabeth G. McIntosh
801 Brickell Avenue, Suite 1500
Miami, FL 33131
Telephone: (305) 349-2300
ngreene@venable.com
bblum@venable.com
emcintosh@venable.com

*Attorneys for Subway Defendants*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Andrew Tanick*
Andrew Tanick (MN #178573)
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612)339-0061
andrew.tanick@ogletree.com

*Attorneys for Franchisee/Development Defendants*

2